IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA L. LABIOSA-HERRERA,

**Plaintiff,**

v.

**Civil No.** 11-1651 (FAB)

PUERTO RICO TELEPHONE COMPANY,

**Defendant.**

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 67), plaintiff Labiosa's ADEA claims are **DISMISSED WITH PREJUDICE.** Plaintiff Labiosa's Puerto Rico law claims are **DISMISSED WITHOUT PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 5, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE